**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-82536-CIV-DIMITROULEAS

DANIEL LUGO,

    Plaintiff,

vs.

WHYHOTEL, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Daniel Lugo, and Defendant WhyHotel, Inc., hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending the execution of a settlement agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this 25th day of May 2022.

/s/ *Drew M. Levitt*
Drew M. Levitt
Florida Bar No: 782246
drewmlevitt@gmail.com
Lee D. Sarkin
Florida Bar No: 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Blvd, Ste. 302
Boca Raton, Florida 33431
Telephone: 561.994.6922
*Attorneys for Plaintiff*

Samuel Ludington (FL Bar No. 1031284)
sam.ludington@nelsonmullins.com
Bret A. Cohen (*pro hac vice forthcoming*)
bret.cohen@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
*Counsel for Defendants*
2 South Biscayne Blvd. 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9436

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2022, this document filed through the CM/ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Date: May 25, 2022

_____
Samuel Ludington (FL Bar No. 1031284)